**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>Plaintiff,<br><br>vs.<br><br>STONEMOR INC., ANDREW AXELROD, SPENCER E. GOLDENBERG, DAVID MILLER, STEPHEN J. NEGROTTI, KEVIN D. PATRICK, JOSEPH M. REDLING, and PATRICIA D. WELLENBACH,<br><br>Defendants. | Case No. 3:22-cv-05235-GC-RLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 7, 2022

**WEISS LAW**

By *s/ Mark. D. Smilow*
Mark. D. Smilow
Michael Rogovin (to be admitted *pro hac vice*)
305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: msmilow@weisslawllp.com

*Attorneys for Plaintiff*

It is so ordered this 8th day of November, 2022

Georgette Castner
Georgette Castner, U.S.D.J.